**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| **TARRO DUSSAULT**, | |
| Petitioner, | |
| v. | No. 16-173V (ECF)<br>Special Master Hastings |
| **SECRETARY OF HEALTH AND HUMAN SERVICES**, | |
| Respondent. | |

## STATUS REPORT

Respondent files this status report pursuant to the special master's initial order dated February 8, 2016.  Counsel for respondent apologizes for failing to file the required status report by March 21, 2016.  Respondent is currently reviewing whether the medical records are substantially complete and are sufficient to allow a recommendation to be made.  Respondent respectfully requests that the deadline for filing a Rule 4(c) report be suspended until after that review is completed.  If permitted by the special master, respondent proposes that she file another status report within thirty (30) days.  At that time, respondent will inform the special master whether the record is complete, and if it is, will propose a deadline for submission of the Rule 4(c) report.  Respondent will consult with petitioner before proposing a date for the filing of the Rule 4 (c) Report.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

MICHAEL P. MILMOE
Senior Trial Counsel
Torts Branch, Civil Division

/s/ Douglas Ross
DOUGLAS ROSS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
(202) 616-3667

DATED:  March 23, 2016